IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                      No. 01-cr-30165-DRH

**BRYAN LAWRENCE,**

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on defendant's motion to continue the non-compliance hearing (Doc. 50), due to defense counsel's desire to attend training. The Court finds that a continuance is in the interests of justice, and consequently the Court GRANTS the motion and continues the non-compliance hearing from August 18, 2011 at 3:00 p.m. to **Thursday, August 25, 2011 at 9:00 a.m.**

**IT IS SO ORDERED.**

Signed this 12th day of August, 2011.

David R. Herndon
2011.08.12
08:52:18 -05'00'

**Chief Judge**
**United States District Court**