IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 01-CR-30165-01-DRH |
| | ) | |
| BRYAN LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTES OF NON-COMPLIANCE HEARING**

**PRESIDING:** Chief Judge David R. Herndon

**DATE:** August 25, 2011                                    **PLACE:** East St. Louis, Illinois

**COURT REPORTER:** Laura Blatz                **COURTROOM DEPUTY:** Sandy Pannier

**COUNSEL FOR GOVERNMENT:** Randy Massey

**COUNSEL FOR DEFENDANT:** Dan Cronin

                                                                             **TIME:** 9:00 AM - 9:25 AM
-----------------------------------------------------------------------------------------------------------------------

   Defendant appears in open Court with counsel.  USPO Mark Bundren also appears in Court.  Defendant advised of allegations of non-compliance of conditions of supervised release and admonished regarding the consequences he may be facing if he continues to violate the conditions of his supervised release.